UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF OHIO

UNITED STATES OF AMERICA          *
                                  *
            v.                    *     CASE NO.  1:23-mj-03102-TMP
                                  *
                                  *
        Eric Sloban               *
                               *****

**ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING**

In accordance with Standing Order 2020-06, this Court finds:

[✓] That the Defendant has consented to the use of video teleconferencing/ teleconferencing to conduct the proceeding(s) held today, after consultation with counsel;

and

The proceeding(s) held on this date may be conducted by:

[✓] Video Teleconferencing

[ ] Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

   [ ] The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

   [ ] Other:

_____

_____

Date: 3/30/2023

_____
United States Magistrate Judge